# Exhibit G

# REDACTED



Deposition of:

# John William Foley

*March 17, 2021*

In the Matter of:

# Sotloff Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions
800-734-5292 | calendar-dmv@veritext.com |

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


_____

                                    )

ARTHUR BARRY SOTLOFF, et al.,  )

        Plaintiffs,            )   Civil Action No.

                                    )    16-725 (TJK)

V.                             )

                                    )

SYRIAN ARAB REPUBLIC,          )

        Defendant.             )

_____)



         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

                    JOHN WILLIAM FOLEY















         This deposition taken via Zoom videoconference

on Wednesday, March 17, 2021, commencing at 11:09 a.m.

Page 2

APPEARANCES (via videoconference)


For the Plaintiffs:

PERLES LAW FIRM, P.C.

By: Joshua K. Perles, Esq.

By: Emily Amick, Esq.

1050 Connecticut Avenue NW

Washington, D.C. 20036

(202) 955-9055

E-mail:  jperles@perleslaw.com

eamick@perleslaw.com



Videographer:

Howard Brodsky


Court Reporter:

Karen L. Wright, RPR, CRR

LCR No. 102

Page 3

INDEX

WITNESS                                                          PAGE

John William Foley

      By Mr. Perles                                                5

                        EXHIBITS

NO.      DESCRIPTION                                             PAGE

   (None offered.)

                      *    *    *    *    *

Page 4

THE VIDEOGRAPHER:  Good morning.  Here begins the video-recorded virtual remote deposition of John William Foley appearing from his location in Wolfeboro, New Hampshire.

This deposition is taken by the plaintiffs in the matter of Arthur Barry Sotloff, et al., plaintiffs, versus Syrian Arab Republic, defendant, Civil Action Number 1:16CV-725 (TJK) in the United States District Court for the District of Columbia.

Today is Wednesday, March 17, 2021.  The time is approximately 11:09 a.m. Eastern Daylight Time.

My name is Howard Brodsky.  And I am the legal video specialist in association with Veritext Mid-Atlantic, with offices located in Philadelphia, Pennsylvania.

The court reporter is Karen Wright, in association with Veritext.

Will counsel please state their appearances for the record.

MR. PERLES:  This is Joshua Perles, counsel for plaintiffs.

MS. AMICK:  This is Emily Amick, counsel for plaintiffs.

THE VIDEOGRAPHER:  Thank you, Counsel.  The parties have stipulated and agreed that the court

Page 5

reporter may take the witness oath remotely.

Will the court reporter please swear in the witness.

JOHN WILLIAM FOLEY,

having been duly sworn remotely by Ms. Wright, was deposed and testified as follows:

MR. PERLES:  Thank you.

EXAMINATION

BY MR. PERLES:

Q.  John, thank you for being here with us.  Could you please state your full name.

A.  John William Foley.

Q.  And you are the father of James Foley?

A.  Yes, I am.

Q.  Is it okay if I call James Foley "Jim" for our conversation?

A.  Please.

Q.  Thank you.  What was Jim like as a -- as a kid before high school?

A.  Jim was a wonderful, enthusiastic, imaginative, happy young human being who was curious about absolutely everything, wanted to participate in anything.

And he strove to do the -- to be good, to do the right thing, to be friendly, to be helpful; all

Page 6

the best sorts of things, you know.

Q.  And he had how many siblings?

A.  Four.

Q.  Was he the oldest?

A.  He was.

Q.  How did he get along with his younger siblings?

A.  Well, he and Mike were best friends.  They were two years apart.  And they were absolutely terrific friends until Mike learned how to say no.

But -- but they -- they were deep, deep soulmates.  They -- Jimmy was very imaginative. And he used to get Michael to play his games and dress up and run around.  And they were -- they were best buds.

Q.  And sorry.  I just need to cover this a little bit. Jim was born in the U.S., correct?

A.  Yes, he was.  Born in Evanston, Illinois.

Q.  So he's a U.S. citizen?

A.  He is.

Q.  And are you, as well?

A.  I am.

Q.  And is your wife and all of Jim's siblings?

A.  They are.

Q.  Thank you.  What -- did Jim have a lot of friends when he was younger?  Who did he hang out with?

What did he like to do in his spare time?

A. Well, you know, depended on where we were. I was in the Army from 1975 to 1980, so we traveled a bit. But he was always friends with the kids in the neighborhood.

And we moved to Wolfeboro, New Hampshire, in 1980. And he went to the local elementary school and developed friendships that he carried forward for the rest of his life, including Brian Oakes, who made the movie.

Q. Did he play any sports?

A. Yeah. He played soccer. He -- Jim wasn't the most athletic young man, but he was very enthusiastic. He really developed a devotion to basketball. His brother Michael, two years younger, was an awesome basketball player. And they played a lot of basketball in the yard. And Jimmy played pickup basketball for the rest of his life.

So he was very much a sports enthusiast. He didn't get into golf and all that other -- tennis or all that other sort of stuff. But he did hike and was willing to play football and tag foot- -- I mean flag football and all that sort of stuff. He just enjoyed the camaraderie and the competition and -- and the activity. He just was -- he liked

Page 8

to be moving.

Q. Was there any indication when he was that young that, you know, he would end up being a journalist later?  I know it's -- it's hard to tell with little kids, but looking back --

A. No.  I can't honestly say there was any clue.

Q. Did he like books?  Did he like reading?

A. Oh, he read forever.  He loved books, just loved them; Davy Crockett, the classics.  He -- he was an avid, avid reader from the moment he learned, you know.

Q. Did he help take care of his younger siblings, babysit?

A. Oh, yeah.  He was the worst babysitter in the entire friggin' world.  Diane and I used to go away and he would lock his -- his young sister in the bedroom and say, "Night, night," and they'd have a party downstairs.

Once we were -- once we were at Nantucket for a couple of days.  And we drove our friend home and -- and broke the outdrive of our boat going over a place called the Witches, which is full of rocks, which any normal person wouldn't go, but whatever.

He was -- and the other -- another time he

Page 9

was babysitting and stuck a -- or somebody was babysitting and he stuck a stick up his brother's nose and had to go to the emergency room.  He was -- he was a treat.

Q.  Older brother stuff, sounds like?

A.  Yeah, yeah.

Q.  Yeah.  After high school --

A.  Mm-hmm.

Q.  -- he went to college, correct?

A.  Correct.

Q.  Do you remember what he studied?

A.  I do.  History.

Q.  And he -- he finished his degree there?

A.  Au-huh.  At Marquette.

Q.  At Marquette.  What did he do after Marquette?

A.  He -- he -- what people who graduate with a history degree do, is look for a job.  He would up with Teach For America.

Q.  Did he like that?

A.  He loved it.  He loved it.  He was fluent in Spanish.  And it took his fifth- or sixth-grade class in Phoenix about six months to figure out he was fluent.

        But he -- he was so involved.  He later went up to the junior high and, you know, he established

Page 10

teen pregnancy programs.  He coached basketball at Lowell Elementary School, which is where he was.

He had a -- I called it a -- a ghetto mobile, a Volkswagen with all black windows.  And he took -- used to drive his basketball team to games.  And he -- he was -- he was just into it.  They were -- they were friends.  He was their teacher and their friend, as well.

In fact, he -- I'm sorry.  In fact, he wound up mentoring some of those people for the rest of their -- their lives until he died.  And, in fact, they started a memorial for him, as well, there.

Q.  Based on what I know, I see a lot of public service in -- in Jim's life.  Did this start here or -- or before that?

A.  I don't know.  I think it started at Marquette, to be very honest with you.  You know, we -- we choose colleges sometimes for whatever reasons, but Marquette was a very special place.  And one of their mottos was "Be the answer."

And, you know, as soon as he arrived on campus, he was involved in all kinds of social programs.  And as a freshman, he began tutoring in the inner city, you know.

And so I think -- I think Marquette was a --

Page 11

was a stimulus to his thinking about and -- and doing public service.

Q.   After Marquette, he went on to get some graduate degrees, correct?

A.   Mm-hmm.  Eventually.

Q.   Eventually?

A.   Eventually.

COURT REPORTER:  And if you could just say "yes" instead of "mm-hmm" for the record, please.

THE WITNESS:  I'm sorry.  Yes.

COURT REPORTER:  Thank you.

Q.   What was the first one he got, first graduate degree, that is, after --

A.   Well, he went to Teach For America.

Q.   Yeah.  After Teach For America.

A.   Yeah.  Well, then he -- he thought he was not maximizing his entire potential, so he decided to go to UMass Amherst and get a -- a degree in creative writing, which he did.

Following UMass Amherst, he -- I -- I think he wasn't really enamored of the idea of writing fiction, et cetera.  He went back to Teach For America and went back to Lowell and taught there for a while.

And then -- and then ultimately he decided

Page 12

that he wanted to -- to become a journalist.  And he applied to Medill School of Journalism at Northwestern University and was accepted, to his own disbelief.  And the rest is history.

I think journalism met a couple of Jimmy's needs.  One of his mottos was he felt that everybody had a story.  And he -- he didn't like nonfiction.  He wanted to deal with the truth.  And so journalism, I think, just -- just met him where he was.

Q.  After -- and so he finished his degree in journalism.  After that, where did he go first?

A.  Well, he -- in his last quarter -- last quarter of teaching at -- a student at -- as a last-quarter student at Medill, he decided to take a module in Washington, D.C., conflict journalism.  And for whatever reason -- many reasons, this apparently tickled him.

And I tell his teacher that she's the problem of all of this.  But at any rate, he chose to go to the -- with the Indiana National Guard to Iraq.  At that point, the Indiana National Guard was the largest state contingent to be deployed.

Q.  So you mentioned you served in the Armed Forces.

A.  Au-huh.

Page 13

Q. Did anyone else in your immediate family serve?

A. Yeah.  I was in the Army Medical Corps for five years.

Johnny is in the -- is -- was then and is currently in the U.S. Air Force.

Mark became a crew chief in the 160th Aviation Regiment flying Chinooks for Special Forces folks.

And Katie became a Navy nurse.

So while Jimmy was in captivity, he had three active duty siblings.

Q. Do you think that played some part in his comfort being embedded?

A. I think it -- I think it played some part in his comfort.  I think he was also very interested in what it was that made people want to and do join the military and -- and participate.

Q. So he was with the -- the Indiana National Guard, embedded in --

A. Yeah.

Q. -- correct?

A. Yeah.

Q. What was his next assignment after that?  Was he embedded again?

A. No.  Yes, he was.  He went to -- he went with 101st

Page 14

Airborne to Afghanistan.

Q.  Mm-hmm.  Did he ever talk to you about his experiences in Iraq and Afghanistan?

A.  Yeah.  Lots.  Lots.  And I have -- you know, he was -- he was there with the bullets right away and nothing but a flak jacket and a pencil.

I -- I feel a certain level of guilt because I was excited for him because he had finally found his passion, journalism.  I feel guilty because I -- it didn't have to be there, you know.

I think Jimmy wanted it as a -- this was a second career for him.  And I think he wanted to make up lost time.

And, obviously, going where danger is abundant limits the audience.  And so he felt that he had a better chance of being heard, listened to, and read if he was in a situation which was not overly reported or dangerous, (indiscernible) dangerous.

I -- I feel guilty that I didn't have more restraint in my voice and my comments to him.  I was kind of a cheerleader.

Q.  After he was embedded, did he go overseas again?

A.  You probably have a better timeline with Diane. But after he was embedded, he served with some --

some governmental organization where he was behind the desk for a while and made some money.  He eventually came home, then went to Libya.  He was not embedded there.

Q.  He was a freelance journalist?

A.  Yes, sir.

Q.  Do you recall any of the -- the publications that he reported for?

A.  Well, he worked for an organization called GlobalPost.  But he had his own blog.  And those were the two main outlets.

Q.  And so in Libya -- I mean, it's a matter of public record.  He was --

A.  Yeah.

Q.  -- hostage in Libya.

A.  Yeah.

Q.  Can you tell me a little bit about that experience from your perspective?

A.  Yeah.  We got a call that he was captured.  And I can't remember who gave us the call at that point in time.  I think it was the State Department at that point because Libya was a foreign government.

He had been with two other friends.  And they were going to the frontlines.  And up out of the desert came the enemy with guns blazing, and they

captured two of them and killed one.

Q. And he was -- where was he kept?  Who was keeping him while he was --

A. The Gaddafi regime.

Q. The Gaddafi regime.  Was he in a prison or...?

A. Yeah.  With other -- with other prisoners.  And we -- we were unsure where to go at this point.

        And we were very fortunate, and I'm sure Diane told you this, to meet a gentleman by the name of David Bradley, who was the then owner of Atlantic Media.  One of his reporters, Clare Gillis, was one of the other capturees.  And in an attempt to bring Clare home, he picked up along with her James -- James and Manu Brabo.  And they were all bought home under his auspices, with his assistance.  Quite frankly, the government really wasn't very helpful.

Q. Did Jim talk to you about that experience at all, his being held hostage?

A. He did.  But it -- in -- in retrospect, it was a very humane captivity.  He talked about the people who were there as political prisoners.

        There was an American contractor who shared Bible versus with him through the wall.  He met Manu Brabo there.  Manu didn't know he spoke

Spanish for a long time.  Any rate.

I -- I would say that that was a learning experience for him, I would have hoped.  But didn't turn out that way, you know.  You know, as -- as captivities go, that was pretty positive, you know.

He slept with -- everybody treated him with respect.  He slept with multiple people.  He got a good bunk.  They apparently fed him reasonably well.  And he was brought home.  You know, pretty good deal.

Q.  So he -- he gets back from Libya.  He's --

A.  Yeah.

Q.  -- released, flies back to the States.

A.  Yeah.

Q.  Do you remember about his time in the U.S. following that?

A.  I do.  He was given a desk job, or offered a desk job by GlobalPost as an editor, which he tried for six months.  Or maybe even less.  But he just couldn't not go back or not go back.

It seemed like he had made a promise to himself or a promise to those in the middle of struggle that he had to help.  He had to do more than he could do as an editor.  He had to be there and at least report the tragedies, if not effect

Page 18

change, you know, so that these people who were fighting for their freedom and their lives would not go unnoticed, you know.

Q. I'm paraphrasing a little bit here. I just want to make sure I understand. You think he felt an obligation to -- to tell --

A. Absolutely.

Q. -- the story?

A. Absolutely. Absolutely, Josh. Okay. Thank you for the wording. I think he felt obligated.

Q. So he felt obligated to go and tell the story of these people firsthand. He's come back from Libya. He spent some time in the States behind a desk. He finds that unsatisfying. Where does he go next?

A. Syria.

Q. How does he go?

A. God only knows. He didn't have papers. You know, he did the scramble across the border routine with the influencers or -- and/or drivers, et cetera. But he was very vulnerable in doing that.

Q. So he crossed the Turkish border?

A. Yes. He went -- his home base, I think, was Istanbul. And he from there would migrate -- I mean would go in and out of Syria.

Q. And before his eventual abduction, which we'll get

Page 19

to, did he make any successful trips to Syria and --

A. Oh, many.  Many.  Many.  I don't have any idea how many, but many.

Q. Did he tell you about that reporting he did in Syria?

A. Yeah.  He told me about the suffering of the -- of the people he encountered, about their courage, their -- the fact that they were actually laying down their lives for -- for their own freedom. They were committed to the fact to the point of dying for their -- their faith in the possibility of being free.

Q. Diane mentioned the -- the last Christmas that you spent with Jim.

A. Yeah.

Q. Do you remember that, as well?

A. I think so.

Q. Could you tell me what you -- you remember about it?

A. Well, I guess I remember that I wish I could have been a better communicator, Josh.  I wish I could have told Jim how much I loved him.  I wish I could have shared my fear about what he was doing.  I wish we could have talked about alternatives.

Page 20

But I don't think I did much of anything other than appreciate the fact that he was home and hope that his ability to return home would continue and that he was doing what he wanted to do.

He said to his mother one time -- I don't know if she said this -- he said, Ma, I found my passion. And so I didn't feel confident enough or -- or whatever enough to say, you know, Jim, you should reconsider this.

It's hard to direct adult children, you know, so I didn't. I did not do that. I wished him well. I -- I thought I -- you know, you never think your luck is going to run out, but I was -- I was presuming that he would do well and move forward with his career.

Q. After he returned to Syria, what was your first indication that something had gone wrong with his most recent passage across the border?

A. We got a call the day after Thanksgiving from Clare Gillis, who was the young lady who was captured with him in Libya. She must have gotten the short straw. And she told us that he had not returned home.

Q. What was your reaction at that instant?

A. It was, My God. How can this be happening again?

Page 21

How?  How?  I knew, I just knew that this wasn't going to be a good outcome.  Just how -- I was angry at Jim.  I was angry at myself.  I was angry at, you know, Assad.

Just -- I just knew this was a bad thing.  I just couldn't -- it was like the lights went out, somebody shut the lights off.  All of a sudden, it was dark, you know.  And I just didn't know, how could we begin again?  How could we be so lucky to get him home twice?  It was awful.

Q.  You don't have to answer too specifically.  I know it's difficult to remember this.  But do you know roughly how long it was before you heard from anyone in the government that --

A.  I think about three days.  It was a Friday, I think, that we heard -- I mean that Clare called us.  And I think the government called us on Monday.

Q.  What were those three days like?

A.  Oh, they were awful, Josh, you know.  We were just reliving everything that we'd gone through in Libya, with the added concern that there was no government involved here or we didn't know if there was a government involved here.  You know, could we bring it all together again?

Page 22

It was just total -- I don't know.  We were messed up, really couldn't -- we couldn't -- it was hard to get our hands or heads around it, you know. It's happened again.  What are we going to do?

Q.  After you were contacted by -- by the government -- and that was the FBI, correct?

A.  Yeah.

Q.  After the FBI contacted you, were they able to confirm whether Jim was alive or not?

A.  No.

Q.  Could they tell you where he was being held or who had him?

A.  No.

Q.  When did you first learn that he was alive?

A.  A year later.  You know, a year later.  We -- I'm sure Diane talked to you about the young Belgian freedom fighter, or whatever he called himself, who was actually -- had joined the jihad and was feeding the prisoners in Jim's camp.  And he -- I always think that Jim un-jihaded him.

And at any rate, he eventually escaped or got out.  And he -- Jimmy made him promise that he would call -- he or his dad would call us to let him know he was alive.

Q.  So he spoke with Jim?

Page 23

A.    Oh, absolutely.  At some length, I believe; over multiple occasions.  He was, in fact, the feeding person -- the person who brought food to them.  He knew that -- who was where.

Q.    You mentioned earlier you have the impression that -- that Jim helped deradicalize him?

A.    Yeah.

Q.    What do you think about that?

A.    I think that's Jim.  I think -- I think Jim wanted a good conversation and a cause, man.  He wanted to get this guy -- kid straight, you know.  What the hell are you doing with your life working with these fools?

      Botnick (phonetic) was -- I -- his last name was Botnick.  And I -- his father and he, himself, were both in contact, have been in contact.

Q.    So for the better part of a year, you knew nothing --

A.    Nothing.

Q.    -- other than that Jim was gone?

A.    That's right.

Q.    I can't even begin to imagine.  Could you try to explain to me and to the court what that's like as a parent?

A.    Well, it was crazy because the group that he was

Page 24

working for, GlobalPost, felt assured -- assured that he was in Damascus being held by the Assad regime.  Which he was not.  The government didn't tell us or didn't know who was holding him.

We didn't know anything until the first ransom note.  Or no.  We knew -- we first knew that he was alive based on the Botnick conversation and then the ransom note, the first ransom note.

Q.  What did they want?

A.  Money or prisoners or both.

Q.  And then --

A.  None of which we had.

Q.  By "prisoners," you mean --

(Zoom crosstalk.  Court reporter requested clarification.)

A.  ISIS captives.

Q.  Held by the United States, correct?

A.  Correct.  Sorry.

Q.  So they were demanding that you somehow convince the government to --

A.  Right.  To either give them 100,000 euros or release all ISIS captives.

Q.  Thank you.  Did they offer proof of life?

A.  Eventually, yes.

Q.  How did that work?

Page 25

A. By -- by letter -- by e-mail.  They identified themselves and said that they had Jim and that they would be willing to show us that they had him by using the proof of life process.

Q. Did they -- they took questions from you, and he answered --

A. That's right.

Q. -- them correctly?

A. Yeah, Diane told you.  Our son Michael developed the questions.  And they were answered.  And we knew he was alive.

I guess the best day of this whole thing was when Jimmy knew that we were looking for him and knew that we were on the other end.  I'm most grateful that he got to know that we were looking for him through the process.

Q. Did you have hope at this point that Jim would be returned?

A. We did.  Some hope.  As you know from talking with Diane, we are not rich.  And we were behind the eight ball.  And we tried to raise money.  It was clear that we were on our own at that point, you know.

Q. Why was that clear to you?

A. Because, you know, after the proof of life, we

Page 26

found out that the FBI couldn't -- wouldn't -- couldn't, wouldn't help us negotiate with them. They were very ineffective in terms of their suggestions.  Nothing they said was working.  I don't know.

Did Diane -- shortly around this -- during this period of time, you know, it became -- we became aware that -- through Diane and David Bradley that there were three or four other Americans in the same situation.

And we met with the FBI, CIA, all the IAs in Washington as a group.  And one of the folks there, a colonel -- I forget his last name, and I'm sure Diane told you -- who worked for the President said that they were not going to get them, they were not going to pay ransom, they were not going to ask any other country to do it as a -- as a go-between; and basically, unless he gets out of there on his own, we're not going to -- we're not -- we're not -- we're not going after him.

Which was patently false, because they did way too late, in June or July.  And they subsequently said we won't have any more meetings, but you can call.  But you have to go to an FBI secured site to make these calls.  For most of us,

Page 27

it was a travel.  For us to Boston, people in Colorado to Denver, dah, dah, dah.  So we did that once.

And our agent -- I said, Is this -- is this a secure phone?  She saw it for a minute.  She said, Not really.  It's just they wanted to make sure there was nobody else listening in.

You know, so we were lied to.  As Diane pointed out to you, there was no -- they had no intention of helping us.

Q.  How did it feel when -- when you were told that they wouldn't mount a rescue effort and that you couldn't raise or you couldn't make a hostage payment?

A.  A kick in the face.  But quite honestly, a similar sort of thing was said when he was in Libya, so we were used to that.

But it confirmed our feeling that we were on our own and that we had wasted two years dealing with the government, who really had no intention of raising any sweat to bring him home.

Q.  You mentioned you were given hope by -- well, that you had hope that Jim would be returned.  Did that change over time?

A.  Oh, of course.  And I -- I -- we had hope from the

Page 28

beginning that our government would do whatever they could, being the most powerful nation in the world, to bring Jimmy home.

However, that hope really dissipated over time. It was a steady downhill drop. There was no -- there was no -- you know, there was no real thought that they really -- as Diane I'm sure said to you, they always told us he was the highest priority. And we began to realize that he was no priority at all, nor was anybody in that whole Syrian contingent, because they really -- or ISIS contingent. The government had no wish to dive into that area politically.

Q. Did you -- did you ever communicate with -- with Jim's captors again after the hostage demand?

A. Yeah. The last ransom note, the one that I called Diane about to come home, was the one that they said if we don't receive something soon, we're going to kill you -- kill him. That was the last note, that I'm aware of.

Q. What was it like reading -- reading that? How did your outlook change?

A. Well, I'm sure Diane told you, initially we thought, Oh, my God, they're communicating with us again. There's going to be some hope.

Page 29

But I think we both knew that this was near the end because we weren't going to raise 100 million euros and we weren't going to be able to free any captives and the government really wasn't stepping up to protect us. So, you know, shortly after, everything went downhill.

Q. When did you first learn that Jim had been killed?

A. I don't know the date. It was the date that it had -- that it came on the internet. That morning -- actually, I wanted to say this. And this is -- that morning, the day that Jim was killed, two FBI agents we'd been dealing with came to our house here in Rochester -- in Rochester and asked for DNA samples. This is two years after Jim was captured. Toothbrushes, that kind of stuff, you know. Two years. So our first thought is, Why now?

And within four to six hours, Jim was dead. And they swear up and down they had no preknowledge. They lied. You know, they lied.

We got -- we got a call from one of the network reporters who was bawling. Diane took the call. Did you see what's on the internet? We got a call from Jim's editor at -- at GlobalPost.

And I finally found the video with my son's

Page 30

head resting on his chest.  And I remember looking at that head.  Is this Jim?  Is this really Jim?  Could this be photoshopped?

We heard nothing from the FBI, nothing from the friggin' President, nothing from anybody until that night, when President Obama went on the air and announced that Jim had been beheaded.

The FBI says that they called my son Michael.  But nobody had the courage or the willingness to call Diane or I.

Q.  Did you watch the video that ISIS had circulated?

A.  We did.  I did.  I had to watch it.  It didn't actually show the knife passing through the neck and the head falling off.  It showed the speech and the position and then it showed the head on the chest and the orange jumpsuit.

Q.  I have to ask, what was that like?  I just -- I can't imagine.

A.  I don't even know how to put it in words.  You know, it's just --

Q.  Can you just do your best, please.

A.  It's like -- it's like you're being stabbed.  It's like being stabbed.  It's like being -- it's like being suffocated or strangled.  It's like being -- it's like wanting to be killed yourself to be there

with him.  It's like -- it's like terrible, just terrible.

It's the worst -- it's the worst moment that I can -- I hope I ever experience in this lifetime, you know.  Just total, total sadness, lack of feeling.  It's like, oh, my God.  How could this be?  But it is.

Q. Diane had mentioned that you got to speak and have been in contact with some of Jim's European co-captives who were released.

A. Yeah.

Q. Is that --

A. Yeah.

Q. Did they talk to you at all about the conditions Jim was being held in?

A. Yeah.  I -- I can't remember.  Diane was right, they tried to tell us as little as possible.  But over the course of time, we learned.  And, you know, he was waterboarded several times.  He was getting hit with a stick when he was trying to go to the bathroom.

They used to hang him up and choke him until he passed out.  They used to -- they tied him to the wall.  He -- he was excessively targeted because he was the one that was asking for more

Page 32

food.

You know, he was Jim.  He really at that point, I believe, had decided to move on from his current life into doing the best he could for himself and for others, you know.

He was trying to make a difference.  And I think he knew that he really was going to die from way back, you know.

Q. How has Jim's death affected you personally?  It's been some time now.

A. Initially, not so well, man.  I -- I was drinking a lot, you know, at night to self-medicate.  And as a physician, I couldn't, obviously, drink during the day.

And eventually it became a problem, and I -- I needed to go to rehab to stop.  You know, I really did.  And I'm grateful for all that at this point.  I'm getting it back together again.

I -- I've struggled with Diane and the foundation, because it takes absolutely 24/7 of her time.  She's done a tremendous job.  She's a world-class connecter, which as you know, takes a tremendous amount of time.

I kind of wanted to -- I kind of am envious of the other families who just sort of kept their

Page 33

mouth shut and moved on with their lives. That's not Diane. I felt -- I was on the board for a while, but I -- I just couldn't deal with it.

It just for a while seemed like it was a waste of time, you know. I felt -- I felt robbed of -- I had felt robbed of our retirement. We're not retired, we're Diane and the James Foley Legacy Foundation and me.

It's coming together, but it's been a disaster. You know, the -- the family needs Diane. And she needs to do what she's doing. And it's what it is. So we all have to spread out and move forward, you know.

Q. You mentioned you're a physician. Has this experience, has it affected your professional life?

A. Well, I retired in 2018.

Q. Au-huh.

A. Not because of Jim. I was just burnt out. After 40 years of being a primary care internist, I

Page 34

really just couldn't deal with people telling me that they were tired and depressed anymore. I think -- I think not in a small part because give me a break. I got -- I got my own issues, bud, you know. Suck it up, you know.

But I just needed to -- I needed to get off the wheel, man. It just -- it just -- it was time. But it certainly was pushed, you know, by Jim's death. I really had less to give after losing him. There was less joy in my day and I had less to share.

So I said, Hey, before I say something wicked bad, I'm going to run my mouth, I think I'm just going to walk out the door and retire.

Page 35

Q.   As you know, we're going to speak with -- with everyone in your family.

A.   Yeah.

Q.   Spoken with Diane already.  And I won't ask you to speak on their behalf, but have you observed the other ways that the different members of your family have grieved?

You mentioned Diane had the foundation.  Maybe if you could speak a bit about Jim's siblings?

A.   Yeah.  I don't -- I'm not sure how to describe how my -- the rest of my family's dealing with this.

I think, to a member, we miss Diane.  And we think that she's so tightly committed to the foundation, to Jim's legacy that she leaves the rest of us behind a little bit.

She adores her grandchildren and would walk through a wall to be with them or do anything for them.  I think the -- I think our kids, we're -- and myself, we're a little more left on our own to make it work, you know.

Michael struggles.  He doesn't really want anything to do with the foundation.  He didn't want anything to do with this.  He and Jim were the closest.

Page 36

I don't know why he feels that way.  I think he just wants to remember the -- the goodness in the relationship that he and Jim had and he thinks that going forward with the foundation isn't going to add anything to his life or Jim's life.  I think I kind of disagree with that at this point, but whatever.

Johnny, who is in the Air Force, as you know, his situation is a little more complicated because he has some guilt that ISIS associated with -- the bombings with him and -- and with Jim being his brother.

They went through a terr- -- Johnny's gone through a terrible divorce.  And some of it, again, as Diane related to you, was related to the -- to the whole ISIS business.

They were in Belgium.  He was assigned to Chievres after Jimmy's murder and, unfortunately, came home right away for the funeral, one of them.  And while he was away, all the military wives were telling Cressy, his wife, how careful she had to be, where she couldn't go and where -- and just blew her mind.  And she wanted to come home.

He had to eventually, to save the marriage for the short term, ask for a re -- redeployment

Page 37

back out of Belgium.  And he was sent back to the Pentagon.  And he just felt this whole thing had taken over his life and his career.

And Diane was very active at that point.  At one -- at one point later in his career after the Pentagon, one of his superiors said, Listen, we're going to deploy you, but don't tell your mother. You know, she had that much influence at that point in time.

At any rate, I -- we now have a -- Jim's third -- second brother, Mark, our fourth, is living with us.  He's going through a divorce.  He was in the 160th.  And I'm not sure that's related to this at all; he married a nut.  And this is his second attempt to divorce her, and it's long overdue.

He's living with us.  And that's -- that's a stress, you know.  They have a -- he has a six-year-old.  And we've gone through all this COVID and schooling and all that business.  It's been a tremendous stress, but it looks to be turning the corner.

Our daughter, Katie, the Navy nurse, is -- ex Navy nurse, is now working here in Boston at Mass General.  She has a two-year-old.  And she and

Page 38

Diane are very close, naturally.  And she's very supportive and doesn't mention Jim all that much. She swore that he was never around while she was growing up, but we have pictures to show her that he was.

Anyway, I -- it's -- it's -- it's been tough. The foundation has been a -- a blessing and a curse.

Q.  Am I understanding correctly that you think the -- the stress of dealing with this grief has put strain on your son's marriages or former marriages?

A.  I think so.  Johnny for sure.  Johnny for sure.  I mean, there's a one-to-one correlation between Belgium and ISIS and being redeployed to the Pentagon and all that sort of stuff.

Mark, I'm not sure.  I don't know. Absolutely Johnny.  And I'm sure he'll tell you that when you talk to him.

Q.  Diane mentioned that you're a family of faith.  Has this experience altered your relationship to God, to your faith?

A.  Boy, it sure did to start with.  You know, I -- I really -- I went through so many ups and downs, you know.

I agreed with Diane initially that his only

Page 39

saving -- his only way to be released was to die, 'cause our country wasn't going to go get him, and the horrible suffering he was going through was not life.

And I wanted there to be a heaven and be a God, so that when I died, I could rejoin with Jim. The first Lent, though, I -- after Jim's death was so hard.  All I could see was Jim up on the cross, being a sacra- -- a sacrifice.

And I just was in the why did it have to be Jim thing, you know.  And did I put him there because of my enthusiasm and all that sort of stuff.

But I'm coming around.  We're going through -- we attend a wonderful church.  And we participate in several programs.  And I'm making it.  I'm coming back, you know.  I -- I again feel there is a loving God who is my father or my brother and my spirit.

And I can't explain this world, and not for me to try, and just need to believe that there is -- there is a God and this is what was predestined for Jim and predestined for me.

Q.  You mentioned earlier feeling some guilt at not having dissuaded Jim from reporting from that part

of the world and that some in your family -- well, I'll leave it at that.

Do you -- overall, are you proud of -- of his public service and what he --

A.   Oh, man.  I think absolutely.  I mean, the fact that he was Jim is just a real gift, a gift I thank God for.  We've -- Diane and I were able to be his parents for the short 40 years.

You know, it's -- it's -- if we all could know a much -- as much about what Jim did for other people before he died as we know now, it'd be awesome.  Unfortunately, you have to die to find out what a wonderful person he or she was, you know.

I am very grateful for the person Jimmy was, for the fact that we were able to be his parents for a brief time.

I'm very grateful for all the people who were willing to report how much he helped in their lives.  It's been a gift.  Diane's right, we've had so much positivity emanating from what Jimmy did for others that it's -- it's -- it's cool.  It's been lifesaving.

And sometimes I wonder what more the foundation can do.  But from people smarter than I,

Page 41

it's making a big difference in terms of turning people's attitude toward the need for negotiation for American citizens, which I believe, because we felt like chopped liver, just like crap. When we got to know the -- the Europeans so well, they even felt guilty for being home and Jim is dead, their friend.

Q. Is it okay if we pause the deposition here just for a moment?

A. Sure. Yeah.

MR. PERLES: Howard, could we go off the record.

THE VIDEOGRAPHER: The time is 12:09. We are off the record.

(Recess taken.)

THE VIDEOGRAPHER: The time is 12:09. We are on the record.

Q. (BY MR. PERLES) John, not to put you on the spot. If there's anything else you'd like to -- to share with the court before we close, now would be the time. But also, if there's nothing else, we've had a pretty long discussion, that's okay too.

A. I think I'm -- I'm cool.

Q. Okay. Well, I'd like --

A. Thank you.

Page 42

Q.   Thank you for -- for taking the time.  And I know this is difficult to discuss.  And thank you for being candid and open with us.  I appreciate it.

A.   Well, thank you for walking this journey with this. We very much appreciate it.

Q.   Thank you.

MR. PERLES:  Howard.

THE VIDEOGRAPHER:  Yes.  This concludes the video-recorded virtual remote deposition of John William Foley, taken by the plaintiffs on Wednesday, March 17, 2021.  The time is 12:10 p.m. Eastern Daylight Time, and we are going off the record.

(Off-record discussion.)

MR. PERLES:  We would like a transcript as soon as possible.  And we're happy to pay whatever rush fees are involved with that.  Thank you.

*   *   *   *   *

Page 43

C E R T I F I C A T E

I, Karen L. Wright, a Licensed Shorthand Reporter for the State of New Hampshire, and Registered Professional Reporter and Certified Realtime Reporter, do hereby certify:

That the foregoing witness was by me duly sworn remotely; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported stenographically by me; that the foregoing is a true record of the testimony and proceedings taken at that time to the best of my knowledge and ability; that reading and signing of this transcript was not requested.

Karen L. Wright

Karen L. Wright
LCR 102, RPR, CRR (RSA 310-A:173)

**[100 - best]**

**1**

100   29:2
100,000   24:21
101st   13:25
102   2:15 43:23
1050   2:5
11:09   1:25 4:11
12:09   41:13,16
12:10   42:11
16-725   1:4
160th   13:6 37:13
17   1:25 4:10 42:11
173   43:23
1975   7:3
1980   7:3,7
1:16cv   4:8

**2**

20036   2:6
2018   33:22
202   2:6
2021   1:25 4:10
   42:11
24/7   32:20

**3**

310   43:23

**4**

40   33:25 40:8

**5**

5   3:5

**7**

725   4:8
757   43:22

**9**

955-9055   2:6

**a**

a.m.   1:25 4:11
abduction   18:25

ability   20:3 43:12
able   22:8 29:3
   40:7,16
absolutely   5:22
   6:8 18:7,9,9 23:1
   32:20 38:17 40:5
abundant   14:15
accepted   12:3
action   1:4 4:8
active   13:11 37:4
activity   7:25
add   34:22 36:5
added   21:22
adores   35:17
adult   20:10
afghanistan   14:1,3
agent   27:4
agents   29:12
agreed   4:25 38:25
air   13:5 30:6 36:8
airborne   14:1
al   1:3 4:6

alive   22:9,14,24
   24:7 25:11
altered   38:20
alternatives   19:25
america   9:18
   11:14,15,23
american   16:23
   41:3
americans   26:10
amherst   11:18,20
amick   2:5 4:22,22
amount   32:23
angry   21:3,3,3
announced   30:7
answer   10:20
   21:11

answered   25:6,10
anybody   28:10
   30:5
anymore   34:2
anyway   38:6
apart   6:8
apparently   12:17
   17:8
appearances   2:1
   4:18
appearing   4:3
applied   12:2
appreciate   20:2
   42:3,5
approximately
   4:11
arab   1:6 4:7
area   28:13
armed   12:24
army   7:3 13:2
arrived   10:21
arthur   1:3 4:6
asked   29:14
asking   31:25
assad   21:4 24:2
assigned   36:17
assignment   13:23
assistance   16:16
associated   36:10
association   4:13
   4:17
assured   24:1,1
athletic   7:13
atlantic   4:14 16:11
attempt   16:13
   37:15
attend   39:15
attitude   41:2
au   9:14 12:25
   33:23

audience   14:15
auspices   16:15
avenue   2:5
aviation   13:7
avid   8:10,10
aware   26:8 28:20
awesome   7:15
   40:12
awful   21:10,20

**b**

babysit   8:13
babysitter   8:14
babysitting   9:1,2
back   8:5 11:22,23
   17:11,13,20,20
   18:12 32:8,18
   37:1,1 39:17
bad   21:5 34:13
ball   25:21
barry   1:3 4:6
base   18:22
based   10:13 24:7
basically   26:18
basketball   7:14,16
   7:17,18 10:1,5
bathroom   31:21
battle   34:15
bawling   29:22
bedroom   8:17
began   10:23 28:9
beginning   28:1
begins   4:1
behalf   35:5
beheaded   30:7
belgian   22:16
belgium   36:17
   37:1 38:14
believe   23:1 32:3
   39:21 41:3
best   6:1,7,14 25:12
   30:21 32:4 43:12

[better - correct]                                                                          Page 2

**better** 14:16,24
  19:22 23:17
**bible** 16:24
**big** 41:1
**bit** 6:15 7:4 15:17
  18:4 35:9,16
**black** 10:4
**blame** 34:19
**blazing** 15:25
**blessing** 38:7
**blew** 36:23
**blog** 15:10
**board** 33:2
**boat** 8:21
**bombings** 36:11
**books** 8:7,8
**border** 18:18,21
  20:18
**born** 6:16,17
**boston** 27:1 37:24
**botnick** 23:14,15
  24:7
**bought** 16:15
**boy** 38:22
**brabo** 16:14,25
**bradley** 16:10
  26:9
**break** 34:4
**brian** 7:9
**brief** 40:17
**bring** 16:13 21:25
  27:21 28:3
**brodsky** 2:12 4:12
**broke** 8:21
**brother** 7:15 9:5
  36:12 37:11 39:19
**brother's** 9:2
**brought** 17:9 23:3
**bud** 34:4
**buds** 6:14

**bullets** 14:5
**bunk** 17:8
**burnt** 33:24
**business** 36:16
  37:20

**c**

**c** 43:1,1
**call** 5:15 15:19,20
  20:19 22:23,23
  26:24 29:21,23,24
  30:10
**called** 8:22 10:3
  15:9 21:16,17
  22:17 28:16 30:8
**calls** 26:25
**camaraderie** 7:24
**camp** 22:19
**campus** 10:22
**candid** 42:3
**captives** 24:16,22
  29:4 31:10
**captivities** 17:5
**captivity** 13:10
  16:21
**captors** 28:15
**capture** 34:20,22
**captured** 15:19
  16:1 20:20 29:15
**capturees** 16:12
**care** 8:12 33:25
**career** 14:12 20:15
  37:3,5
**careful** 36:21
**carried** 7:8
**cases** 33:12
**cause** 23:10 39:2
**center** 33:11,11
**certain** 14:7
**certainly** 34:8,22
**certified** 43:4

**certify** 43:5
**cetera** 11:22 18:19
**chance** 14:16
**change** 18:1 27:24
  28:22
**cheerleader** 14:22
**chest** 30:1,16
**chief** 13:6
**chievres** 36:18
**children** 20:10
**chinooks** 13:7
**choke** 31:22
**choose** 10:17
**chopped** 41:4
**chose** 12:20
**christmas** 19:14
**church** 39:15
**cia** 26:11
**circulated** 30:11
**citizen** 6:18
**citizens** 41:3
**city** 10:24
**civil** 1:4 4:8
**clare** 16:11,13
  20:19 21:16
**clarification** 24:15
**class** 9:22 32:22
**classics** 8:9
**clear** 25:22,24
**climb** 34:24
**close** 38:1 41:20
**closest** 35:25
**clue** 8:6
**coached** 10:1
**college** 9:9
**colleges** 10:18
**colonel** 26:13
**colorado** 27:2
**columbia** 1:1 4:9
**come** 18:12 28:17
  36:23

**comfort** 13:12,15
**coming** 33:15
  39:14,17
**commencing** 1:25
**comments** 14:21
**committed** 19:11
  35:14
**communicate**
  28:14
**communicating**
  28:24
**communicator**
  19:22
**competition** 7:24
**complicated** 36:9
**concern** 21:22
**concludes** 42:8
**conditions** 31:14
**confident** 20:7
**confirm** 22:9
**confirmed** 27:18
**conflict** 12:16
**connecter** 32:22
**connecticut** 2:5
**consequences**
  34:17
**contact** 23:16,16
  31:9
**contacted** 22:5,8
**contingent** 12:23
  28:11,12
**continue** 20:3
**contractor** 16:23
**conversation** 5:16
  23:10 24:7
**convince** 24:19
**cool** 40:22 41:23
**corner** 37:22
**corps** 13:2
**correct** 6:16 9:9
  9:10 11:4 13:21

22:6 24:17,18
correctly 25:8 38:9
correlation 38:13
counsel 4:18,20,22 4:24
counselor 33:12
country 26:17 39:2
couple 8:20 12:5
courage 19:8 30:9
course 27:25 31:18
court 1:1 2:14 4:9 4:16,25 5:2 11:8 11:11 23:23 24:14 41:20
cover 6:15
covid 37:20
crap 41:4
crazy 23:25
creative 11:19
cressy 36:21
crew 13:6
crockett 8:9
cross 39:8
crossed 18:21
crosstalk 24:14
crr 2:14 43:23
curious 5:21
current 32:4
currently 13:5 33:10
curse 38:8

d

d.c. 2:6 12:16
dad 22:23
dah 27:2,2,2
damascus 24:2
danger 14:14

dangerous 14:18 14:19
dark 21:8
date 29:8,8
daughter 37:23
david 16:10 26:8
davy 8:9
day 20:19 25:12 29:11 32:14 34:10 34:23
daylight 4:11 42:12
days 8:20 21:15,19
dead 29:18 41:6
deal 12:8 17:10 33:3 34:1
dealing 27:19 29:12 35:12 38:10
death 32:9 34:9 39:7
decided 11:17,25 12:15 32:3
deep 6:10,10
defendant 1:6 4:7
degree 9:13,17 11:13,18 12:11
degrees 11:4
demand 28:15
demanding 24:19
denver 27:2
department 15:21
depended 7:2
deploy 37:7
deployed 12:23
deposed 5:6
deposition 1:10,23 4:2,5 41:8 42:9 43:7
depressed 34:2
deradicalize 23:6

describe 35:11
description 3:8
desert 15:25
desk 15:2 17:17,17 18:13
developed 7:8,14 25:9
devotion 7:14
diane 8:15 14:24 16:9 19:14 22:16 25:9,20 26:6,8,14 27:8 28:7,17,23 29:22 30:10 31:8 31:16 32:19 33:2 33:7,16 35:4,8,13 36:15 37:4 38:1 38:19,25 40:7
diane's 40:20
die 32:7 39:1 40:12
died 10:11 39:6 40:11
difference 32:6 41:1
different 35:6
difficult 21:12 42:2
direct 20:10
disagree 36:6
disaster 33:16
disbelief 12:4
discuss 42:2
discussion 41:22 42:14
dissipated 28:4
dissuaded 39:25
district 1:1,1 4:9,9
dive 28:12
divorce 36:14 37:12,15

dna 29:14
doing 11:2 18:20 19:24 20:4 23:12 32:4 33:17
door 33:13 34:14
downhill 28:5 29:6
downs 38:23
downstairs 8:18
dress 6:13
drink 32:13
drinking 32:11
drive 10:5
drivers 18:19
drop 28:5
drove 8:20
drug 33:11
duly 5:5 43:6
duty 13:11
dying 19:12

e

e 2:7 25:1 43:1,1
eamick 2:7
earlier 23:5 39:24
eastern 4:11 42:12
editor 17:18,24 29:24
effect 17:25
effort 27:12
eight 25:21
either 24:21 34:20
elementary 7:7 10:2
emanating 40:21
embedded 13:13 13:19,24 14:23,25 15:4
emergency 9:3 33:12
emily 2:5 4:22
enamored 11:21

**[encountered - going]**

encountered 19:8
enemy 15:25
enjoyed 7:24
enthusiasm 39:12
enthusiast 7:19
enthusiastic 5:20
  7:13
entire 8:15 11:17
envious 32:24
escaped 22:21
esq 2:4,5
established 9:25
et 1:3 4:6 11:22
  18:19
european 31:9
europeans 41:5
euros 24:21 29:3
evanston 6:17
eventual 18:25
eventually 11:5,6
  11:7 15:3 22:21
  24:24 32:15 36:24
everybody 12:7
  17:6
ex 37:23
examination 5:8
excessively 31:24
excited 14:8
exhibits 3:7
experience 15:17
  16:18 17:3 31:4
  33:21 38:20
experiences 14:3
explain 23:23
  39:20

**f**

f 43:1
face 27:15
fact 10:9,9,11 19:9
  19:11 20:2 23:2
  40:5,16

faith 19:12 38:19
  38:21
falling 30:14
false 26:21
families 32:25
family 13:1 33:16
  35:2,7 38:19 40:1
family's 35:12
father 5:13 23:15
  39:18
fbi 22:6,8 26:1,11
  26:24 29:12 30:4
  30:8
fear 19:24
fed 17:8
feeding 22:19 23:3
feel 14:7,9,20 20:7
  27:11 39:17
feeling 27:18 31:6
  39:24
feels 36:1
fees 42:17
felt 12:6 14:15
  18:5,10,11 24:1
  33:2,5,5,6 37:2
  41:4,6
fiction 11:22
fifth 9:21
fighter 22:17
fighting 18:2
figure 9:22
finally 14:8 29:25
find 33:9 40:12
finds 18:14
finished 9:13
  12:11
firm 2:4
first 11:12,12
  12:12 20:16 22:14
  24:5,6,8 29:7,16
  39:7

firsthand 18:12
five 13:2
flag 7:23
flak 14:6
flies 17:13
fluent 9:20,23
flying 13:7
foley 1:11 3:4 4:3
  5:4,12,13,15 33:7
  42:10
folks 13:8 26:12
following 11:20
  17:16
follows 5:6
food 23:3 32:1
fools 23:13
foot 7:22
football 7:22,23
force 13:5 34:24
  36:8
forces 12:24 13:8
foregoing 43:6,10
foreign 15:22
forever 8:8
forget 26:13
former 38:11
forth 43:8
fortunate 16:8
forward 7:8 20:15
  33:19 36:4
found 14:8 20:6
  26:1 29:25
foundation 32:20
  33:8 35:8,15,23
  36:4 38:7 40:25
four 6:3 26:9
  29:18
fourth 37:11
frankly 16:16
free 19:13 29:4

freedom 18:2
  19:10 22:17
freelance 15:5
freshman 10:23
friday 21:15
friend 8:20 10:8
  41:7
friendly 5:25
friends 6:7,9,24
  7:4 10:7 15:23
friendships 7:8
friggin 8:15 30:5
frontlines 15:24
full 5:11 8:22
funeral 36:19

**g**

gaddafi 16:4,5
games 6:12 10:5
general 37:25
gentleman 16:9
getting 31:20
  32:18
ghetto 10:3
gift 40:6,6,20
gillis 16:12 20:20
give 24:21 34:3,9
given 17:17 27:22
globalpost 15:10
  17:18 24:1 29:24
go 8:15,23 9:3
  11:18 12:12,20
  14:23 16:7 17:5
  17:20,20 18:3,11
  18:14,16,24 26:17
  26:24 31:20 32:16
  36:22 39:2 41:11
god 18:17 20:25
  28:24 31:6 38:20
  39:6,18,22 40:7
going 8:21 14:14
  15:24 20:13 21:2

**[going - jimmy]**

22:4 26:15,16,16
26:19,20 28:19,25
29:2,3 32:7 34:13
34:14 35:1 36:4,4
37:7,12 39:2,3,14
42:12
**golf** 7:20
**good** 4:1 5:24 17:8
17:10 21:2 23:10
34:25
**goodness** 36:2
**gotten** 20:21
**government** 15:22
16:16 21:14,17,23
21:24 22:5 24:3
24:20 27:20 28:1
28:12 29:4
**governmental**
15:1
**grade** 9:21
**graduate** 9:16
11:3,12
**grandchildren**
35:17
**grateful** 25:15
32:17 40:15,18
**grief** 38:10
**grieved** 35:7
**group** 23:25 26:12
**growing** 38:4
**guard** 12:21,22
13:18
**guess** 19:21 25:12
**guilt** 14:7 36:10
39:24
**guilty** 14:9,20 41:6
**guns** 15:25
**guy** 23:11

**h**

**hampshire** 4:4 7:6
43:3
**hands** 22:3
**hang** 6:25 31:22
**happened** 22:4
**happening** 20:25
**happy** 5:21 42:16
**hard** 8:4 20:10
22:3 39:8
**he'll** 38:17
**head** 30:1,2,14,15
**heads** 22:3
**health** 34:16
**heard** 14:16 21:13
21:16 30:4
**heaven** 39:5
**held** 16:19 22:11
24:2,17 31:15
**hell** 23:12
**help** 8:12 17:23
26:2 33:13
**helped** 23:6 40:19
**helpful** 5:25 16:17
**helping** 27:10
**hey** 34:12
**high** 5:19 9:7,25
**highest** 28:8
**hike** 7:21
**history** 9:12,16
12:4
**hit** 31:20
**hmm** 9:8 11:5,9
14:2
**holding** 24:4
**home** 8:20 15:3
16:13,15 17:9
18:22 20:2,3,23
21:10 27:21 28:3
28:17 36:19,23
41:6

**honest** 10:17
**honestly** 8:6 27:15
**hope** 20:3 25:17
25:19 27:22,23,25
28:4,25 31:4
**hoped** 17:3
**horrible** 39:3
**hostage** 15:15
16:19 27:13 28:15
**hours** 29:18
**house** 29:13
**howard** 2:12 4:12
41:11 42:7
**huh** 9:14 12:25
33:23
**human** 5:21
**humane** 16:21

**i**

**ias** 26:11
**idea** 11:21 19:3
**identified** 25:1
**illinois** 6:17
**imaginative** 5:20
6:11
**imagine** 23:22
30:18
**immediate** 13:1
**impression** 23:5
**including** 7:9
**index** 3:1
**indiana** 12:21,22
13:18
**indication** 8:2
20:17
**indiscernible**
14:18
**ineffective** 26:3
**influence** 37:8
**influencers** 18:19
**initially** 28:23
32:11 38:25

**inner** 10:24
**instant** 20:24
**intention** 27:10,20
**interested** 13:15
**internet** 29:9,23
**internist** 33:25
**involved** 9:24
10:22 21:23,24
42:17
**iraq** 12:21 14:3
**isis** 24:16,22 28:11
30:11 36:10,16
38:14
**issues** 34:4
**istanbul** 18:23
**it'd** 40:11

**j**

**jacket** 14:6
**james** 5:13,15
16:14,14 33:7
**jihad** 22:18
**jihaded** 22:20
**jim** 5:15,18,20
6:16,24 7:12
16:18 19:15,23
20:8 21:3 22:9,20
22:25 23:6,9,9,20
25:2,17 27:23
29:7,11,14,18 30:2
30:2,7 31:15 32:2
33:24 34:20 35:24
36:3,11 38:2 39:6
39:8,11,23,25 40:6
40:10 41:6
**jim's** 6:22 10:14
22:19 28:15 29:24
31:9 32:9 34:8
35:9,15 36:5
37:10 39:7
**jimmy** 6:11 7:17
13:10 14:11 22:22

25:13 28:3 40:15
40:21
**jimmy's** 12:5
36:18
**job** 9:17 17:17,18
32:21
**john** 1:11 3:4 4:3
5:4,10,12 41:18
42:9
**johnny** 13:4 36:8
38:12,12,17
**johnny's** 36:13
**join** 13:16
**joined** 22:18
**josh** 18:9 19:22
21:20
**joshua** 2:4 4:20
**journalism** 12:2,5
12:9,12,16 14:9
**journalist** 8:3 12:1
15:5
**journey** 42:4
**joy** 34:10
**jperles** 2:7
**july** 26:22
**jumpsuit** 30:16
**june** 26:22
**junior** 9:25

**k**

**k** 2:4
**karen** 2:14 4:16
43:2,22
**katie** 13:9 37:23
**keeping** 16:2
**kept** 16:2 32:25
**kick** 27:15
**kid** 5:18 23:11
**kids** 7:4 8:5 35:19
**kill** 28:19,19
**killed** 16:1 29:7,12
30:25

**kind** 14:22 29:15
32:24,24 36:6
**kinds** 10:22
**knew** 21:1,1,5
23:4,17 24:6,6
25:11,13,14 29:1
32:7
**knife** 30:13
**know** 6:1 7:2 8:3,4
8:11 9:25 10:13
10:16,17,21,24
14:4,10 16:25
17:4,4,5,9 18:1,3
18:17 20:6,8,10,12
21:4,8,8,11,12,20
21:23,24 22:1,3,15
22:24 23:11 24:4
24:5 25:15,19,23
25:25 26:5,7 27:8
28:6 29:5,8,16,20
30:19,20 31:5,19
32:2,5,8,12,16,22
33:5,16,19 34:5,5
34:8,19,21,21,23
34:25 35:1,21
36:1,8 37:8,18
38:16,22,24 39:11
39:17 40:9,10,11
40:14 41:5 42:1
**knowledge** 43:12
**knows** 18:17 34:25

**l**

**l** 2:14 43:2,22
**lack** 31:5
**lady** 20:20
**largest** 12:23
**late** 26:22
**law** 2:4
**laying** 19:9
**lcr** 2:15 43:23

**learn** 22:14 29:7
**learned** 6:9 8:10
31:18
**learning** 17:2
**leave** 40:2
**leaves** 35:15
**left** 35:20
**legacy** 33:7 35:15
**legal** 4:13
**length** 23:1
**lent** 39:7
**letter** 25:1
**level** 14:7
**libya** 15:3,12,15
15:22 17:11 18:12
20:21 21:22 27:16
**licensed** 43:2
**lied** 27:8 29:20,20
**life** 7:9,18 10:14
23:12 24:23 25:4
25:25 32:4 33:21
36:5,5 37:3 39:4
**lifesaving** 40:23
**lifetime** 31:4
**lights** 21:6,7
**liked** 7:25
**limits** 14:15
**listen** 37:6
**listened** 14:16
**listening** 27:7
**little** 6:15 8:5
15:17 18:4 31:17
35:16,20 36:9
**liver** 41:4
**lives** 10:11 18:2
19:10 33:1 40:20
**living** 37:12,17
**local** 7:7
**located** 4:14
**location** 4:3

**lock** 8:16
**long** 17:1 21:13
37:15 41:22
**look** 9:17
**looking** 8:5 25:13
25:15 30:1
**looks** 37:21
**losing** 34:9
**lost** 14:13
**lot** 6:24 7:16 10:13
32:12
**lots** 14:4,4
**loved** 8:8,8 9:20
9:20 19:23
**loving** 39:18
**lowell** 10:2 11:23
**luck** 20:13
**lucky** 21:9

**m**

**ma** 20:6
**mail** 2:7 25:1
**main** 15:11
**making** 39:16 41:1
**man** 7:13 23:10
32:11 34:7 40:5
**manu** 16:14,25,25
**march** 1:25 4:10
42:11
**mark** 13:6 37:11
38:16
**marquette** 9:14,15
9:15 10:16,19,25
11:3
**marriage** 36:24
**marriages** 38:11
38:11
**married** 37:14
**mass** 37:24
**matter** 4:6 15:12
**maximizing** 11:17

**[mean - perles]**

mean   7:23 15:12
18:24 21:16 24:13
38:13 40:5
media   16:11
medical   13:2
medicate   32:12
medill   12:2,15
meet   16:9
meetings   26:23
member   35:13
members   35:6
memorial   10:12
mention   38:2
mentioned   12:24
19:14 23:5 27:22
31:8 33:20 34:15
35:8 38:19 39:24
mentoring   10:10
messed   22:2
met   12:5,9 16:24
26:11
michael   6:12 7:15
25:9 30:8 35:22
mid   4:14
middle   17:22
migrate   18:23
mike   6:7,9
military   13:17
36:20
million   29:3
mind   36:23
minute   27:5
mm   9:8 11:5,9
14:2
mobile   10:3
module   12:15
moment   8:10 31:3
41:9
monday   21:18
money   15:2 24:10
25:21

months   9:22 17:19
morning   4:1 29:10
29:11
mother   20:5 37:7
mottos   10:20 12:6
mount   27:12
mountain   34:23
mouth   33:1 34:13
move   20:14 32:3
33:18
moved   7:6 33:1
movie   7:10
moving   8:1
multiple   17:7 23:2
murder   36:18

**n**

name   4:12 5:11
16:10 23:14 26:13
nantucket   8:19
nation   28:2
national   12:21,22
13:18
naturally   38:1
navy   13:9 37:23
37:24
near   29:1
neck   30:13
need   6:15 33:13
39:21 41:2
needed   32:16 34:6
34:6
needs   12:6 33:16
33:17
negotiate   26:2
negotiation   41:2
neighborhood   7:5
network   29:22
never   20:12 38:3
new   4:4 7:6 43:3
night   8:17,17 30:6
32:12

nonfiction   12:8
normal   8:23
northwestern   12:3
nose   9:3
note   24:6,8,8
28:16,20
number   4:8
nurse   13:9 37:23
37:24
nut   37:14
nw   2:5

**o**

oakes   7:9
oath   5:1
obama   30:6
obligated   18:10,11
obligation   18:6
observed   35:5
obviously   14:14
32:13
occasions   23:2
offer   24:23
offered   3:10 17:17
offices   4:14
oh   8:8,14 19:3
21:20 23:1 27:25
28:24 31:6 40:5
okay   5:15 18:9
41:8,22,24
old   37:19,25
older   9:5
oldest   6:4
once   8:19,19 27:3
open   42:3
orange   30:16
organization   15:1
15:9
outcome   21:2
outdrive   8:21
outlets   15:11

outlook   28:22
overall   40:3
overdue   37:16
overly   14:18
overseas   14:23
owner   16:10

**p**

p.c.   2:4
p.m.   42:11
page   3:3,8
papers   18:17
paraphrasing   18:4
parent   23:24
parents   40:8,16
part   13:12,14
23:17 34:3 39:25
participate   5:22
13:17 39:16
parties   4:25
party   8:18
passage   20:18
passed   31:23
passing   30:13
passion   14:9 20:7
patently   26:21
pause   41:8
pay   26:16 42:16
payment   27:14
pencil   14:6
pennsylvania   4:15
pentagon   37:2,6
38:15
people   9:16 10:10
13:16 16:21 17:7
18:1,12 19:8 27:1
34:1 40:11,18,25
people's   41:2
period   26:7
perles   2:4,4 3:5
4:20,20 5:7,9
41:11,18 42:7,15

| | | | |
|---|---|---|---|
| **perleslaw.com** 2:7 2:7 | **potential** 11:17 | **q** | **recorded** 4:2 42:9 |
| **person** 8:23 23:3,3 40:13,15 | **powerful** 28:2 | **quarter** 12:13,13 12:14 | **redeployed** 38:14 |
| **personally** 32:9 | **predestined** 39:23 39:23 | **questions** 25:5,10 | **redeployment** 36:25 |
| **perspective** 15:18 | **pregnancy** 10:1 | **quite** 16:16 27:15 | **regime** 16:4,5 24:3 |
| **philadelphia** 4:14 | **preknowledge** 29:20 | **r** | **regiment** 13:7 |
| **phoenix** 9:22 | **president** 26:14 30:5,6 | **r** 43:1 | **registered** 43:3 |
| **phone** 27:5 | **presuming** 20:14 | **raise** 25:21 27:13 29:2 | **rehab** 32:16 33:10 33:11 |
| **phonetic** 23:14 | **pretty** 17:5,9 41:22 | **raising** 27:21 | **rejoin** 39:6 |
| **photoshopped** 30:3 | **primary** 33:25 | **ransom** 24:6,8,8 26:16 28:16 | **related** 36:15,15 37:13 |
| **physician** 32:13 33:20 | **priority** 28:9,10 | **rate** 12:20 17:1 22:21 37:10 | **relationship** 36:3 38:20 |
| **picked** 16:13 | **prison** 16:5 | **reaction** 20:24 | **release** 24:22 |
| **pickup** 7:17 | **prisoners** 16:6,22 22:19 24:10,13 | **read** 8:8 14:17 | **released** 17:13 31:10 39:1 |
| **pictures** 38:4 | **probably** 14:24 | **reader** 8:10 | **reliving** 21:21 |
| **place** 8:22 10:19 43:8 | **problem** 12:19 32:15 | **reading** 8:7 28:21 28:21 43:13 | **remember** 9:11 15:20 17:15 19:17 19:19,21 21:12 30:1 31:16 36:2 |
| **plaintiffs** 1:4 2:3 4:5,7,21,23 42:10 | **proceedings** 43:9 43:11 | **real** 28:6 40:6 | |
| **play** 6:12 7:11,22 | **process** 25:4,16 | **realize** 28:9 | **remote** 4:2 42:9 |
| **played** 7:12,16,17 13:12,14 | **professional** 33:21 43:4 | **really** 7:14 11:21 16:16 22:2 27:6 27:20 28:4,7,11 29:4 30:2 32:2,7 32:17 34:1,9 35:22 38:23 | **remotely** 5:1,5 43:7 |
| **player** 7:16 | **programs** 10:1,23 39:16 | | **report** 17:25 40:19 |
| **please** 4:18 5:2,11 5:17 11:9 30:21 | **promise** 17:21,22 22:22 | | **reported** 14:18 15:8 43:9 |
| **point** 12:22 15:20 15:22 16:7 19:11 25:17,22 32:3,18 36:6 37:4,5,8 | **proof** 24:23 25:4 25:25 | **realtime** 43:4 | **reporter** 2:14 4:16 5:1,2 11:8,11 24:14 43:3,4,4 |
| | **protect** 29:5 | **reason** 12:17 | |
| **pointed** 27:9 | **proud** 40:3 | **reasonably** 17:8 | **reporters** 16:11 29:22 |
| **political** 16:22 | **public** 10:13 11:2 15:12 40:4 | **reasons** 10:18 12:17 | **reporting** 19:5 39:25 |
| **politically** 28:13 | | **recall** 15:7 | |
| **position** 30:15 | **publications** 15:7 | **receive** 28:18 | **republic** 1:6 4:7 |
| **positive** 17:5 | **pushed** 34:8 | **recess** 41:15 | **requested** 24:14 43:14 |
| **positivity** 40:21 | **put** 30:19 38:10 39:11 41:18 | **reconsider** 20:9 | |
| **possibility** 19:12 | | **record** 4:19 11:9 15:13 41:12,14,17 42:13,14 43:11 | **rescue** 27:12 |
| **possible** 31:17 42:16 | | | **respect** 17:7 |

| | | | |
|---|---|---|---|
| **rest** 7:9,18 10:10 12:4 35:12,16 | **second** 14:12 37:11,15 | **smarter** 40:25 | **stenographically** 43:10 |
| **resting** 30:1 | **secure** 27:5 | **soccer** 7:12 | **stepping** 29:5 |
| **restraint** 14:21 | **secured** 26:25 | **social** 10:22 | **stick** 9:2 31:20 |
| **retire** 34:14 | **see** 10:13 29:23 39:8 | **somebody** 9:1 21:7 | **stimulus** 11:1 |
| **retired** 33:7,22 | **self** 32:12 | **son** 25:9 30:8 | **stipulated** 4:25 |
| **retirement** 33:6 | **sent** 33:13 37:1 | **son's** 29:25 38:11 | **stop** 32:16 |
| **retrospect** 16:20 | **serve** 13:1 | **soon** 10:21 28:18 42:16 | **story** 12:7 18:8,11 |
| **return** 20:3 | **served** 12:24 14:25 | **sorry** 6:15 10:9 11:10 24:18 | **straight** 23:11 |
| **returned** 20:16,22 25:18 27:23 | **service** 10:13 11:2 40:4 | **sort** 7:21,23 27:16 32:25 38:15 39:12 | **strain** 38:11 |
| **rich** 25:20 | **set** 43:8 | **sorts** 6:1 | **strangled** 30:24 |
| **right** 5:25 14:5 23:21 24:21 25:7 31:16 36:19 40:20 | **share** 34:11 41:19 | **sotloff** 1:3 4:6 | **straw** 20:22 |
| **robbed** 33:5,6 | **shared** 16:23 19:24 | **soulmates** 6:11 | **stress** 34:17 37:18 37:21 38:10 |
| **rochester** 29:13,13 | **short** 20:21 36:25 40:8 | **sounds** 9:5 | **strove** 5:24 |
| **rocks** 8:23 | **shorthand** 43:2 | **spanish** 9:21 17:1 | **struggle** 17:23 |
| **role** 33:9 | **shortly** 26:6 29:5 | **spare** 7:1 | **struggled** 32:19 33:9 |
| **room** 9:3 33:12 | **show** 25:3 30:13 38:4 | **speak** 31:8 35:1,5 35:9 | **struggles** 35:22 |
| **roughly** 21:13 | **showed** 30:14,15 | **special** 10:19 13:7 | **stuck** 9:1,2 |
| **routine** 18:18 | **shut** 21:7 33:1 | **specialist** 4:13 | **student** 12:14,15 |
| **rpr** 2:14 43:23 | **siblings** 6:2,6,22 8:12 13:11 35:10 | **specifically** 21:11 | **studied** 9:11 |
| **rsa** 43:23 | **signature** 43:22 | **speech** 30:14 | **stuff** 7:21,23 9:5 29:15 38:15 39:13 |
| **run** 6:13 20:13 34:13 | **signing** 43:13 | **spent** 18:13 19:15 | **subsequently** 26:23 |
| **rush** 42:17 | **similar** 27:15 | **spirit** 39:19 | **successful** 19:1 |
| **s** | **sir** 15:6 | **spoke** 16:25 22:25 | **suck** 34:5 |
| **sacra** 39:9 | **sister** 8:16 | **spoken** 35:4 | **sudden** 21:7 |
| **sacrifice** 39:9 | **site** 26:25 | **sports** 7:11,19 | **suffering** 19:7 39:3 |
| **sadness** 31:5 | **situation** 14:17 26:10 36:9 | **spot** 41:18 | **suffocated** 30:24 |
| **samples** 29:14 | **six** 9:22 17:19 29:18 37:19 | **spread** 33:18 | **suggestions** 26:4 |
| **save** 36:24 | **sixth** 9:21 | **stabbed** 30:22,23 | **superiors** 37:6 |
| **saving** 39:1 | **slept** 17:6,7 | **start** 10:14 38:22 | **supportive** 38:2 |
| **saw** 27:5 | **small** 34:3 | **started** 10:12,16 | **sure** 16:8 18:5 22:16 26:13 27:6 28:7,23 35:11 37:13 38:12,12,16 38:17,22 41:10 |
| **says** 30:8 | | **state** 4:18 5:11 12:23 15:21 43:3 | |
| **school** 5:19 7:7 9:7 10:2 12:2 | | **states** 1:1 4:9 17:13 18:13 24:17 | |
| **schooling** 37:20 | | **steady** 28:5 | |
| **scramble** 18:18 | | | |

[swear - vulnerable]                                                    Page 10

swear   5:2 29:19
sweat   27:21
swore   38:3
sworn   5:5 43:6
syria   18:15,24
  19:1,6 20:16
syrian   1:6 4:7
  28:11

**t**

t   43:1,1
tag   7:22
take   5:1 8:12
  12:15
taken   1:23 4:5
  37:3 41:15 42:10
  43:7,11
takes   32:20,22
talk   14:2 16:18
  31:14 38:18
talked   16:21 19:25
  22:16
talking   25:19
targeted   31:24
taught   11:23
teach   9:18 11:14
  11:15,22
teacher   10:7 12:19
teaching   12:14
team   10:5
teen   10:1
tell   8:4 12:19
  15:17 18:6,11
  19:5,19 22:11
  24:4 31:17 37:7
  38:17
telling   34:1 36:21
tennis   7:20
term   36:25
terms   26:3 41:1
terr   36:13

terrible   31:1,2
  36:14
terrific   6:8
testified   5:6
testimony   43:9,11
thank   4:24 5:7,10
  5:18 6:24 11:11
  18:9 24:23 40:6
  41:25 42:1,2,4,6
  42:17
thanksgiving
  20:19
thing   5:25 21:5
  25:12 27:16 37:2
  39:11
things   6:1
think   10:16,25,25
  11:20 12:5,9
  13:12,14,14,15
  14:11,12 15:21
  18:5,10,22 19:18
  20:1,13 21:15,16
  21:17 22:20 23:8
  23:9,9,9 29:1 32:7
  34:3,3,13 35:13,14
  35:19,19 36:1,5
  38:9,12 40:5
  41:23
thinking   11:1
thinks   36:3
third   37:11
thought   11:16
  20:12 28:7,24
  29:16
three   13:10 21:15
  21:19 26:9
tickled   12:18
tied   31:23
tightly   35:14
time   4:10,11 7:1
  8:25 14:13 15:21

17:1,15 18:13
  20:5 26:7 27:24
  28:5 31:18 32:10
  32:21,23 33:5
  34:7 37:9 40:17
  41:13,16,21 42:1
  42:11,12 43:8,12
timeline   14:24
times   31:19
tired   34:2
tjk   1:4 4:8
today   4:10
told   16:9 19:7,23
  20:22 25:9 26:14
  27:11 28:8,23
toothbrushes
  29:15
total   22:1 31:5,5
tough   38:6
tragedies   17:25
transcript   42:15
  43:13
travel   27:1
traveled   7:3
treat   9:4
treated   17:6
tremendous   32:21
  32:23 37:21
tried   17:18 25:21
  31:17
trips   19:1
true   43:10
truth   12:8
try   23:22 39:21
trying   31:20 32:6
turkish   18:21
turn   17:4
turning   37:22 41:1
tutoring   10:23
twice   21:10

two   6:7 7:15 15:11
  15:23 16:1 27:19
  29:12,14,16 37:25

**u**

u.s.   6:16,18 13:5
  17:15
ultimately   11:25
umass   11:18,20
un   22:20
understand   18:5
understanding
  38:9
unfortunately
  36:18 40:12
united   1:1 4:8
  24:17
university   12:3
unnoticed   18:3
unsatisfying   18:14
unsure   16:7
ups   38:23

**v**

v   1:5
veritext   4:13,17
versus   4:7 16:24
video   4:2,13 29:25
  30:11 42:9
videoconference
  1:10,23 2:1
videographer   2:11
  4:1,24 41:13,16
  42:8
videotaped   1:10
virtual   4:2 42:9
visitor   33:12
voice   14:21
volkswagen   10:4
vulnerable   18:20

| w | | |
|---|---|---|
| walk   34:14 35:17 | willingness   30:9 | years   6:8 7:15 |
| walking   42:4 | windows   10:4 |    13:3 27:19 29:14 |
| wall   16:24 31:24 | wish   19:21,22,23 |    29:16 33:25 40:8 |
|    35:18 |    19:25 28:12 | young   5:21 7:13 |
| want   13:16 18:4 | wished   20:11 |    8:2,16 20:20 |
|    24:9 35:22,23 | witches   8:22 |    22:16 |
| wanted   5:22 12:1 | witness   3:3 5:1,3 | younger   6:6,25 |
|    12:8 14:11,12 |    11:10 43:6 |    7:15 8:12 |
|    20:4 23:9,10 27:6 | wives   36:20 | |
|    29:10 32:24 36:23 | wolfeboro   4:4 7:6 | z |
|    39:5 | wonder   40:24 | zoom   1:23 24:14 |
| wanting   30:25 | wonderful   5:20 | |
| wants   36:2 |    39:15 40:13 | |
| washington   2:6 | wording   18:10 | |
|    12:16 26:12 | words   30:19 | |
| waste   33:5 | work   24:25 35:21 | |
| wasted   27:19 | worked   15:9 26:14 | |
| watch   30:11,12 | working   23:12 | |
| waterboarded |    24:1 26:4 33:10 | |
|    31:19 |    37:24 | |
| way   17:4 26:22 | world   8:15 28:3 | |
|    32:8 36:1 39:1 |    32:22 39:20 40:1 | |
| ways   35:6 | worst   8:14 31:3,3 | |
| we've   37:19 40:7 | wound   10:9 | |
|    40:20 41:21 | wright   2:14 4:16 | |
| wednesday   1:25 |    5:5 43:2,22 | |
|    4:10 42:11 | writing   11:19,21 | |
| went   7:7 9:9,24 | wrong   20:17 | |
|    11:3,14,22,23 | | |
|    13:25,25 15:3 | y | |
|    18:22 21:6 29:6 | yard   7:17 | |
|    30:6 36:13 38:23 | yeah   7:12 8:14 9:6 | |
| wheel   34:7 |    9:6,7 11:15,16 | |
| wicked   34:12 |    13:2,20,22 14:4 | |
| wife   6:22 36:21 |    15:14,16,19 16:6 | |
| william   1:11 3:4 |    17:12,14 19:7,16 | |
|    4:3 5:4,12 42:10 |    22:7 23:7 25:9 | |
| willing   7:22 25:3 |    28:16 31:11,13,16 | |
|    40:19 |    35:3,11 41:10 | |
| | year   22:15,15 | |
| |    23:17 37:19,25 | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.